NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEJA RAVI, Individually and on Behalf of All Others Similarly Situated,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1559

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01237-NBF, Senior Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Teja Ravi moves to unseal certain redacted information in his opening brief, or in the alternative, to dissolve the protective order entered by the trial court. The government opposes dissolution of the protective order but responds that none of the information in Mr. Ravi's opening brief is subject to that protective order. Mr. Ravi replies.

2                                                      RAVI v. US

The parties agree that Mr. Ravi's brief requires no re-
dactions, and Mr. Ravi has not identified how the existence
of the protective order is relevant to his arguments on the
merits of his appeal.  The court therefore finds the motion
is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is denied, and within seven days from the
date of filing of this order, Mr. Ravi is directed to file a cor-
rected opening brief removing the redactions.

FOR THE COURT

September 15, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court