NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEJA RAVI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1559

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01237-NBF, Senior Judge Nancy B. Firestone.

---

**ON MOTION**

---

Before LOURIE, SCHALL, and TARANTO, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Teja Ravi moves to remove redactions from the confidential version of the appendix. The United States responds and Mr. Ravi replies.

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

June 25, 2024
Date

Jarrett B. Perlow
Clerk of Court