# United States Court of Appeals for the Federal Circuit

---

**TEJA RAVI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1559

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01237-NBF, Senior Judge Nancy B. Firestone.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

June 25, 2024
Date

Jarrett B. Perlow
Clerk of Court